AO 442 (Rev. 10/03) Warrant for Arrest

SEALED ORIGINAL
BY ORDER OF THE COURT

1746979

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2009

at ____ o'clock and 15 min ____ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
V.

RICHARD DAVID MITCHELL

## WARRANT FOR ARREST

Case Number: Mag. No. 09-0724 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RICHARD DAVID MITCHELL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Engaging in Illicit Sexual Conduct in Foreign Places

in violation of Title __18__ United States Code, Section(s) __2423(c)__

BARRY M. KURREN
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

8/25/2009    Honolulu, Hawaii
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
(300 Ala Moana Blvd.) Honolulu Intl. Airport Hon, HI.

| DATE RECEIVED 8/31/09 | NAME AND TITLE OF ARRESTING OFFICER Bruce Law Special Agent | SIGNATURE OF ARRESTING OFFICER [Signature] |
|---|---|---|
| DATE OF ARREST 9/05/09 | | |