# MINUTES

CASE NUMBER: MA 09-0724 KSC

CASE NAME: USA v. Richard David Mitchell

ATTYS FOR PLA: Amy K. Olson

ATTYS FOR DEFT: Matthew C. Winter

INTERPRETER:

JUDGE: Barry M. Kurren       REPORTER: C6F

DATE: 9/8/09                 TIME: 3:08 - 3:10

COURT ACTION:  EP: Initial Appearance - Defendant present in custody.

Defendant sworn to Financial Affidavit.  Oral M/Court Appt Atty GRANTED.  Matthew C. Winter and the Office of the Public Defender are appointed as counsel for Defendant.

Detention Hearing set for 9/11/09 @ 3:00 p.m., BMK
Preliminary Hearing set for 9/22/09 @ 2:00 p.m., BMK.

Defendant remanded to the custody of the USMS.

Submitted by: Tammy Kimura, Courtroom Manager