AO 7~~(8/85)~~ Order of Temporary Detention

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 09 2009
at 4 o'clock and 00 min. P.M. ✓
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

United States of America

v.

RICHARD DAVID MITCHELL

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case No: MAG 09-0724 KSC

Upon motion of the _____Gov't_____ , it is ORDERED that a detention hearing is set for _____9/11/09_____ * at _____3:00 p.m_____
                                                                                        Date                                   Time

before Barry M. Kurren, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: September 8, 2009

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.