# MINUTES

| | |
|---|---|
| CASE NUMBER: | MA 09-0724KSC |
| CASE NAME: | USA v. Richard David Mitchell |
| ATTYS FOR PLA: | Amy Olson |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR C6 |
| DATE: | 9/11/2009 | TIME: | 3:10 - 3:44 |

COURT ACTION:  EP: Detention Hearing - defendant present, in custody.  Special Agent Bruce Law from ICE present.

Ms. Park's oral request for examination of Special Agent Bruce Law Granted.

CST: Special Agent Bruce Law

Exhibits 1, 2, 3 introduced by Govt.

Based on the testimony received and arguments presented, the Detention hearing is continued to 9/22/2009 @ 2:00 PM before Judge Barry M. Kurren to permit Pretrial Services to develop a release plan.

Defendant remanded to the custody of the USMS.

Submitted by: Tammy Kimura, Courtroom Manager