ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 11 2009
at __4__ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA     :

VS.                          :     Cr. No. 09-724

Richard David Mitchell      :
       Defendant

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_Richard Mitchell_
(Defendant's signature)

_Shanlyn A. S. Park 300 Ala Moana Blvd Rm 7-104 Hono._
(Attorney's name printed)

_Shanlyn A.S. Park_
(Attorney's signature)

Date: 9/9/09             Time: 2:15     a.m. / p.m.