ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

AMY K. OLSON        #9103
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: amy.olson@usdoj.gov

ANITHA S. IBRAHIM
Trial Attorney
U.S. Department of Justice
1400 New York Ave., NW 6th FL.
Washington, DC 20005
Telephone: (202) 616-3181
Facsimile: (202) 514-1793
Email: anitha.ibrahim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 16 2009

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 09-00374 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. § 2423(c) |
| ) | |
| RICHARD DAVID MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges that:

In or about May 2008, in the District of Hawaii, RICHARD DAVID MITCHELL, a United States citizen, did travel in foreign commerce to Cambodia; and on or about August 28, 2008, in Cambodia, RICHARD DAVID MITCHELL, did knowingly and intentionally engage in illicit sexual conduct with a minor, as the term "illicit sexual conduct" is defined in 18 U.S.C. § 2423(f)(1) and (f)(2).

All in violation of Title 18, United States Code, Section 2423(c).

DATED: September 16, 2009, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

AMY K. OLSON
Assistant U.S. Attorney

United States vs. RICHARD DAVID MITCHELL
Cr. No.
"Indictment"