AO 83 (Rev. 12/85) Summons in a Criminal Case     ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 09-00374DAE |
| RICHARD DAVID MITCHELL<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number)<br><br>Before: Barry M. Kurren, United States Magistrate Judge | Room<br>AS DESIGNATED<br><br>Date and Time<br>Tuesday, September 22, 2009<br>at 2:00 p.m. |
|---|---|

To Answer an Indictment

Charging you with a violation of Title 18 United States Code, Section 2423(c).

Brief description of offense:

Engage in illicit sexual conduct with a minor.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by AC
Signature of Issuing Officer/Deputy Clerk

September 16, 2009
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 22 2009

at /2 o'clock and 40 min. P M
SUE BEITIA, CLERK

CR 09-00374DAE
USA vs. RICHARD DAVID MITCHELL

## RETURN OF SERVICE

Service as made by me on:[1]          Date  9-22-09

Check one box below to indicate appropriate method of service

☑  Served personally upon the defendant at: __300 ALA MOANA BLVD Honolulu, Hi__

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on __9-22-09__
           Date

Mark M. Hanohano
Name of United States Marshal

_Clyde Kimura_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure