# MINUTES

CASE NUMBER:      CR 09-00374 DAE

CASE NAME:        USA v. Richard David Mitchell

ATTYS FOR PLA:    Amy K. Olson

ATTYS FOR DEFT:   Shanlyn A.S. Park

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:      FTR C6

DATE:     9/22/2009                TIME:          2:06 - 2:13

COURT ACTION:   EP: A & P to the Indictment (1 min.) and Further Hearing Re: Detention - defendant present, in custody.

Arraignment waived, plea of Not Guilty entered.

Jury Selection/Trial: 11/24/09, 9:00 a.m., Judge Ezra
Final Pretrial Conference: 10/26/09, 10:00 a.m., Judge Kobayashi
Motions due: 10/13/09
Response due: 10/27/09

Mtn. To Detain - Granted.  Ms. Olson to prepare Order.

Defendant remanded to the custody of the USMS.

Submitted by: Tammy Kimura, Courtroom Manager