EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

AMY K. OLSON     #9103
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2948
Email:   Amy.Olson@usdoj.gov

ANITHA S. IBRAHIM
Trial Attorney
U.S. Department of Justice
1400 New York Ave., NW 6th FL.
Washington, DC 20005
Telephone: (202) 616-3181
Facsimile: (202) 514-1793
Email: anitha.ibrahim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 09-00374 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| RICHARD DAVID MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>ORDER TO DETAIN DEFENDANT WITHOUT BAIL</u>

This matter came before the Court on the motion of the United States to detain the defendant without bail pursuant to 18 U.S.C. § 3142.  Hearings were held on September 11, 2009 and September 22, 2009.  The defendant RICHARD DAVID MITCHELL

appeared with his counsel Assistant Federal Public Defender, Shanlyn Park, and Amy Olson appeared for the United States. The Court reviewed the Complaint in this case, as well as the Government's Memorandum in Support of Motion to Detain and the Government's Supplemental Memorandum in Support of Motion to Detain, and accepted the original Pretrial Services Agency reports.

The Court has considered the factors in 18 U.S.C. § 3142(g). Based upon a review of the foregoing, the Court grants the Motion to Detain, finding by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released.

Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an

attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED: September 29, 2009, at Honolulu, Hawaii.

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

/s/ Shanlyn Park
_____
SHANLYN PARK, ESQ.
Attorney for Defendant



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

United States vs. RICHARD DAVID MITCHELL
Cr. No. 09-00374 DAE
"Order To Detain Defendant Without Bail"