# MINUTES

CASE NUMBER:          CR09-00374DAE

CASE NAME:            USA v. Richard David Mitchell

ATTYS FOR PLA:        Amy Olson

ATTYS FOR DEFT:       Shanlyn Park

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/5/2009 | TIME: | 1:36-1:59pm |

COURT ACTION: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant. R &R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 2/22/2010 at 3:00 p.m. before Judge Ezra.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager