FLORENCE T. NAKAKUNI        #2286
United States Attorney
District of Hawaii

AMY K. OLSON                #9103
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Amy.Olson@usdoj.gov

ANITHA S. IBRAHIM
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1400 New York Ave., NW 6th Fl.
Washington, D.C. 20005
Telephone: (202) 616-3181
Facsimile: (202) 514-1793
E-mail: Anitha.Ibrahim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 05 2009

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 09-00374 DAE |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| RICHARD DAVID MITCHELL, | ) | Date: November 5, 2009 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Judge: Kevin S.C. Chang |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my

intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: Nov. 5, 2009, at Honolulu, Hawaii.

/s/ Richard David Mitchell
RICHARD DAVID MITCHELL
Defendant

/s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant

APPROVED:

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ Amy K. Olson
AMY K. OLSON
Assistant U.S. Attorney