# MINUTES

CASE NUMBER:      CR 09-00374DAE

CASE NAME:        USA v. Richard David Mitchell

ATTYS FOR PLA:    Amy Olson

ATTYS FOR DEFT:   Shanlyn A. S. Park

USPO:             Rosanne Donohoe

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    02/22/2010               TIME:       9:00am-9:40am

COURT ACTION:  EP:  Sentencing to Count 1 of the Indictment as to Defendant Richard David Mitchell.

Defendant Richard David Mitchell present, in custody.

Memorandum of Plea Agreement accepted

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Richard David Mitchell.

SENTENCE:

Imprisonment:  46 MONTHS

Supervised Release: LIFETIME

Special Assessment: $100.00.  No fine.

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month for the first 5 years of supervised release, as directed by the Probation Office.  Thereafter if compliant, drug testing will be waived.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Restitution of $6,500.26 is due immediately to Agape International Missions, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

8. Defendant shall execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the of U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant shall register in person with the state sex offender registration agency in the jurisdiction where the defendant resides, works, or is a student within 3 business days after being sentenced or after being released from custody pursuant to the Sex Offender Registration and Notification Act. For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted if such jurisdiction is different from the jurisdiction of residence.

11. Defendant shall participate in sex offender evaluation and treatment and abide by the policies and procedures of the program, as approved by the Probation Office.

12. Defendant shall not have any type of contact (including written materials, communication devices, audio and visual devices, visits, or through a third party) with children under the age of 18 or the victim(s), except in the presence of an adult who is aware of the nature of the defendant's offense

and who has been approved by the Probation Office.

JUDICIAL RECOMMENDATIONS: An institution that deals with sex offenders.

Defendant advised of his right to appeal.

Mittimus forthwith.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager